1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  | ROBERT LEE JENKINS,                    CASE NO. 1:07-cv-01223-DLB PC

9                      Plaintiff,          ORDER GRANTING CONTINUANCE

10     v.                                  (Doc. 48)

11  L . T. PERRY, JR., et al.,             Telephonic Trial Confirmation
                                           Hearing:        July 30, 2010 at 11:00 A.M. in
12                      Defendants.                         Courtroom 9 (DLB)

13  _____/

14

15          On June 3, 2010, Defendants filed a motion for continuance of the telephonic trial

16  confirmation hearing.  (Doc. 48.)  Good cause appearing, the Court HEREBY GRANTS

17  Defendants' motion.

18          The telephonic trial confirmation hearing is scheduled for July 30, 2010, at 11:00 A.M. in

19  Courtroom 9, before the undersigned.

20          IT IS SO ORDERED.

21      **Dated:   June 4, 2010**            _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28