# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERRY, et al.,<br><br>　　　　Defendants.　　　　／ | CASE NO. 1:07-CV-01223-DLB PC<br><br>ORDER DENYING MOTION FOR ORDER TO COMPEL<br><br>(ECF NO. 51) |

　　Plaintiff Robert Lee Jenkins ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed May 1, 2008, against Defendants Perry, Jr., Bradford, Chalabian, and Williams for violation of the Eighth Amendment. Pending before the Court is Plaintiff's "Motion For Order to Compel F.R.C.P. Rule 26." (ECF No. 51.) If this is a discovery request pursuant to Federal Rule of Civil Procedure 26, Plaintiff should file with Defendants, not the Court. However, the Court will construe this as a motion to compel pursuant to Federal Rule of Civil Procedure 37.

　　As stated in the Court's Order, dated June 4, 2010, the discovery cut-off deadline was December 1, 2009. (ECF No. 50.) Plaintiff is attempting to modify the Court's Scheduling Order, which requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). Plaintiff provides no good cause for re-opening discovery at this time. Accordingly, the Court DENIES the motion.

　　IT IS SO ORDERED.

　　Dated: **July 1, 2010**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1