FILED

SEP 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, | CASE NO. 1:07-CV-01223-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| L.T. PERRY, et al., | |
| Defendants. | |

Jury trial in this action commenced on August 31, 2010. On September 1, 2010, judgment was entered for Defendants and against Plaintiff.

Accordingly, Plaintiff Robert Lee Jenkins, CDC # H-53355, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is discharged.

IT IS SO ORDERED.

Dated: September 1, 2010

_____
UNITED STATES MAGISTRATE JUDGE

1