**FILED**

**JUDGMENT ENTERED**

<u>                    9/1/2010         </u>
(date)

by  <u> M. Means Rooney        </u>
Deputy Clerk
U.S. District Court
Eastern District of California

<u>  X  </u>   **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ROBERT LEE JENKINS,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:07-CV-01223 DLB-PC

LT. MICHAEL PERRY, ET AL.,

    Defendants.
_____/

    DECISION BY COURT:  This action came to a jury trial before the Court.  The issues have been tried or heard and a decision has been rendered.

    Defendants moved for a judgment as a matter of law pursuant to Federal Rule of Procedure 50(a) as to Plaintiff's Eighth Amendment claim against all Defendants.  Plaintiff was fully heard as to his claim during trial.  The Court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for Plaintiff as to his claim.  It is hereby ORDERED and ADJUDGED that the Court GRANTS Defendants' Rule 50 motion for judgment as a matter of law in favor of all the Defendants.

DATED:  <u>9/1/2010    </u>               <u>M. Means Rooney       </u>
                                                           VICTORIA C. MINOR, Clerk
                                                           Deputy Clerk